*Henry Epstein, Edward J. S. Farrell, George A. Grabow* and *Thomas R. Sternau* for appellant.

*Archie B. Morrison, Daniel Miner, William S. O'Connor, T. Carlyle Jones* and *Robert A. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

ESTHER KEYSER, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29918.)  HARRY KEYSER, Appellant, *v.* STATE OF NEW YORK, Respondent.  (Claim No. 29919.)

Argued February 25, 1953; decided April 16, 1953.

*Frank G. Pratt, Willard R. Pratt, W. Roger Pratt* and *Joseph A. Markason* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.